STATE OF NEW JERSEY v. STEVEN RAYMOND DAVIS.

March 15, 1984.

ORDERED that the motion for leave to appeal is granted, and the penalty phase of this matter is stayed pending disposition of the within appeal and until further order of this Court.

DEPARTMENT OF LAW & PUBLIC SAFETY, DIVISION OF MOTOR VEHICLES v. ANTHONY S. FALZARANO.

March 19, 1984.

Petition for certification denied.

MEADOWLANDS NATIONAL BANK v. COURT DEVELOPMENT INC. AND HOWELL STATE BANK.

March 19, 1984.

Petition for certification denied. (See 192 *N.J.Super.* 579)

SHARON DOLBOW v. THE BOARD OF EDUCATION OF THE TOWNSHIP OF PENNSVILLE.

March 19, 1984.

Petition for certification denied.